**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **SHAUNTELL MAURICE SUMMERALL** | **PLAINTIFF** |
| **v.** | **No. 4:04CV330-D-A** |
| **TYRONE GALLION, ET AL.** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 13th day of June, 2005.

/s/ Glen H. Davidson
CHIEF JUDGE